**Juan ALBARADO, Plaintiff–Appellant,**

v.

**UNITED MARINE HOLDINGS, INC., Defendant–Appellee.**

No. 04–30075.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 3, 2004.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

found that the accident could not have happened the way Albarado claims it happened because the M/V FAST SKIPPER could not have created a six-foot wake in the Bayou Lafourche without running aground. Thus, the district court judgment in favor of United Marine Holdings, Inc. is AFFIRMED.

Stephen C. Juan, Metairie, LA, for Plaintiff–Appellant.

Robert P. McCleskey, Jr., Thomas Kent L. Morrison, Phelps Dunbar, New Orleans, LA, for Defendant–Appellee.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The district court did not err in finding that Albarado failed to prove by a preponderance of the evidence that the M/V FAST SKIPPER caused his injuries. There were several factual inconsistencies in Albarado's claims regarding the date of the accident, his description of the vessel, and his description of the direction and size of the vessel's wake that led the district court to question Albarado's credibility. Further, the district court correctly

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.